

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00057-CV

Norma **SULLIVAN**,
Appellant

v.

Juana **MORALES**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2015CV01223
Honorable Karen Crouch, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

SIGNED February 27, 2019.

_____
Irene Rios, Justice